consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).

No. 04–8789.  BISHOP *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 217;

No. 04–9028.  KOCH *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 383 F. 3d 436;

No. 04–9040.  GIORDANO *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 125 Fed. Appx. 981;

No. 04–9107.  HIGASSI, AKA AGASSI, AKA HEGGASSI *v.* UNITED STATES.  C. A. 11th Cir.  Reported below: 126 Fed. Appx. 462;

No. 04–9138.  ROBINSON *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 246;

No. 04–9146.  PITTMAN *v.* UNITED STATES.  C. A. 7th Cir.  Reported below: 388 F. 3d 1104;

No. 04–9169.  BLOCHER *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 116 Fed. Appx. 690;

No. 04–9189.  MONTGOMERY *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 211;

No. 04–9191.  NASH *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 117 Fed. Appx. 992;

No. 04–9208.  COUPAR *v.* UNITED STATES.  C. A. 9th Cir.  Reported below: 116 Fed. Appx. 837;

No. 04–9209.  DELGADO-GAMA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 304;

No. 04–9215.  ROBINSON *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 259;

No. 04–9216.  SLOAN *v.* UNITED STATES.  C. A. 4th Cir.  Reported below: 117 Fed. Appx. 869;

No. 04–9236.  THIBODAUX *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 297;

No. 04–9246.  BERRYMAN *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 240;

No. 04–9251.  OLIVER *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 390 F. 3d 482;

No. 04–9257.  BOWERS *v.* UNITED STATES.  C. A. 6th Cir.  Reported below: 116 Fed. Appx. 736;

No. 04–9271.  HERNANDEZ-NORIEGA *v.* UNITED STATES.  C. A. 10th Cir.  Reported below: 118 Fed. Appx. 458;

No. 04–9272.  HALL *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 219;

No. 04–9273.  FERNANDEZ-RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir.;

No. 04–9276.  CHACON-AVITIA *v.* UNITED STATES (Reported below: 115 Fed. Appx. 749); CONEJO-CANO *v.* UNITED STATES (115 Fed. Appx. 725); GALLEGOS-LUERA, AKA TORRES-MONSISVAIS *v.* UNITED STATES (115 Fed. Appx. 280); GONZALEZ-BARRAZA *v.* UNITED STATES (115 Fed. Appx. 749); GONZALEZ-CALDERON *v.* UNITED STATES (115 Fed. Appx. 276); GRANADOS-VASQUEZ *v.* UNITED STATES (115 Fed. Appx. 729); MARTINEZ-MORALES, AKA MALDONADO, AKA MARTINEZ *v.* UNITED STATES (115 Fed. Appx. 285); MUNOZ-MARQUEZ *v.* UNITED STATES (115 Fed. Appx. 286); ONTIVEROS, AKA SAUCEDO-ONTIVEROS *v.* UNITED STATES (115 Fed. Appx. 242); ORNELAS-ESTRADA *v.* UNITED STATES (115 Fed. Appx. 283); PAXTOR *v.* UNITED STATES (115 Fed. Appx. 276); POMPA-ESTRADA *v.* UNITED STATES (115 Fed. Appx. 284); PONCE-SANCHEZ *v.* UNITED STATES (115 Fed. Appx. 741); REYES-GURROLA *v.* UNITED STATES (115 Fed. Appx. 272); RIVAS-GARCIA *v.* UNITED STATES (115 Fed. Appx. 250); RUIZ-LEVARIO, AKA RUIZ *v.* UNITED STATES (115 Fed. Appx. 269); RUIZ-LOERA, AKA RUIZ LOERA, AKA RIVERA-HERNANDEZ *v.* UNITED STATES (115 Fed. Appx. 232); ROLDAN-GIL *v.* UNITED STATES (115 Fed. Appx. 249); SALAZAR-MONTES, AKA NOE SALAZAR, AKA SALAZAR *v.* UNITED STATES (115 Fed. Appx. 270); VALENZUELA-LUNA *v.* UNITED STATES (115 Fed. Appx. 241); VASQUEZ-SORIA *v.* UNITED STATES (115 Fed. Appx. 282); and ARANDA-CRUZ, AKA ARNADA-CRUZ *v.* UNITED STATES (115 Fed. Appx. 270).  C. A. 5th Cir.;

No. 04–9278.  CARRASCO-AVITIA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 750;

No. 04–9280.·SANCHEZ-PENA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 710;

No. 04–9288.  MARTINEZ-ESPARZA *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 117 Fed. Appx. 984;

No. 04–9292.  ORTIZ JACOBO, AKA ORTIZ-JACOBO *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 265;

No. 04–9296.  MOYE *v.* UNITED STATES.  C. A. 5th Cir.  Reported below: 115 Fed. Appx. 273;

No. 04–9299.  MORRIS *v.* UNITED STATES.  C. A. 3d Cir.;

No. 04–9301. BRISEDA PEREZ, AKA ARRELLANO-GOMEZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 220;

No. 04–9302. TAIWO *v.* UNITED STATES. C. A. 5th Cir. Reported below: 114 Fed. Appx. 644;

No. 04–9310. ALTSCHUL *v.* UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 712;

No. 04–9312. BEN *v.* UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 275;

No. 04–9313. BERNAL-ISLER *v.* UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 736;

No. 04–9317. MUNIZ-TAPIA *v.* UNITED STATES; DE LA CRUZ *v.* UNITED STATES; and TAPIA *v.* UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 719 (first judgment), 733 (second judgment), and 755 (third judgment);

No. 04–9390. SULEIMAN *v.* UNITED STATES. C. A. 11th Cir. Reported below: 126 Fed. Appx. 463; and

No. 04–9391. STANDRIDGE *v.* UNITED STATES. C. A. 10th Cir. Reported below: 119 Fed. Appx. 243. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).